STATE OF NEW JERSEY v. PATRICK J. POWELL.

January 31, 1984.

ORDERED that the motion for leave to appeal is granted.

LORRAINE LAURA v. ATLANTIC & PACIFIC TEA COMPANY.

February 3, 1984.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

Justices Clifford, Handler, Pollock and Garibaldi join in this order. Chief Justice Wilentz and Justices Schreiber and O'Hern dissent from this order.

STATE OF NEW JERSEY v. STEPHEN MOORE.

February 6, 1984.

Petition for certification denied. (See 192 N.J.Super. 437)